Ashlee B. Hesman, No. 012740
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
ahesman@strucklove.com

James E. Harper
Nevada Bar No. 9822
HARPER | WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
eservice@harperwixom.com

*Attorneys for Defendants CoreCivic, Gutierrez, Jimenez and Melendrez, Jr.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Christopher Busby,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, Inc., et al.<br><br>Defendants. | Case No. 2:26-cv-02672-EJY<br><br>**JOINT STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff Christopher Busby, and Defendants CoreCivic, Inc., Officer Gutierrez, Officer Jimenez, and Warden Melendrez, Jr. (collectively, "Defendants") stipulate and jointly move for a 14-day extension of time for Defendants to respond to Plaintiff's Complaint. This is the parties' first request to extend this deadline.

On April 3, 2026, Plaintiff filed a Complaint against Defendants in the Nevada District Court of Nye County, Nevada, captioned as C*hristopher Busby v. CoreCivic, Inc., et al.*, Case No. CV26-0170. (Dkt. 1-3.) Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), a defendant who did not answer before removal must file a responsive pleading within seven

days after the notice of removal is filed. Accordingly, Defendants' responsive pleading is currently due August 31, 2026. Pursuant to LR IA 6-1, the parties have agreed and request that the Court extend this deadline to September 14, 2026.

This request is made in good faith and not for delay purposes. Specifically, Defense Counsel has several pretrial deadlines in various matters including but not limited to: Responses to Plaintiff's First Set of Discovery Requests due August 31, 2026 in *Laubinger v. Northern Arizona Healthcare Corporation, et al.*, No. S1300CV202580452 (Ariz. Super. Ct. Yavapai Cnty.); a Reply in Support of Defendant's Motion to Compel and a Response to Plaintiff's Motion to Compel due September 1 and September 3, 2026 in *G.G. v. CoreCivic, Inc. et al.*, No. 2:25-cv-00275-RFB-EJY (D. Nev.); and a Joint Status Report due on September 10, 2026 in *Long v. CoreCivic, Inc., et al.*, No. 1:25-cv-03058-GPG-MDB (D. Colo.). Moreover, no deadlines have been set, and the parties have agreed to extend the deadline. Accordingly, the parties respectfully request the Court grant their Joint Motion and extend Defendants' responsive pleading deadline to Plaintiff's Complaint to September 14, 2026.

**Conclusion**

For these reasons, the parties request that their Motion be granted.

DATED this 28th day of August 2026.

STRUCK LOVE ACEDO, PLC

By /s/ Ashlee B. Hesman
Ashlee B. Hesman
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
ahesman@strucklove.com

James E. Harper
HARPER | WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
eservice@harperwixom.com

*Attorneys for Defendants CoreCivic, Gutierrez, Jimenez and Melendrez, Jr.*

H&P LAW

By /s/ Matthew G. Pfau(w/permission)
Marjorie Hauf
Matthew G. Pfau
710 S. 9th Street
Las Vegas, Nevada 89101
e-file@courtroomproven.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: August 28, 2026