MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
MATTHEW G. PFAU, ESQ.
Nevada Bar No. 11439
H&P LAW
710 S. 9th Street
Las Vegas, Nevada 89101
(702) 598-4529 TEL
(702) 598-3626 FAX
e-file@courtroomproven.com
*Attorneys for Plaintiff Christopher Busby*

H&P LAW

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

**Christopher Busby,** individually;

Plaintiff,

vs.

**CORECIVIC, INC.**, a Maryland corporation d/b/a Nevada Southern Detention Center; **Alex Gutierrez,** individually and in his official capacity; **Anacina Jimenez,** individually and in her official capacity; **Ramiro Melendrez Jr.,** individually and in his official capacity; DOES 1 through 10, inclusive; and ROE Corporations 1 through 10, inclusive;

Defendants.

Case No. 2:26-cv-02672-EJY

**Stipulation and Order to Extend Time for Plaintiff to Respond to Defendants' Motion to Dismiss and For Defendants to Respond to Plaintiff's Motion to Remand**

(First Request)

Plaintiff and Defendants, by and through their respective counsel of record, hereby stipulate and jointly move to extend the deadlines for the parties' respective responses to the two motions currently pending before the Court, as follows:

1. On September 14, 2026, Defendants filed their Motion to Dismiss Plaintiff's Complaint (ECF 10).

2. Plaintiff's deadline to file his Response in Opposition to Defendants' Motion to Dismiss is currently September 28, 2026.

3. Also on September 14, 2026, Plaintiff filed his Motion to Remand pursuant to 28 U.S.C. § 1447 (ECF 9).

4. Defendants' deadline to file their Response in Opposition to Plaintiff's Motion to Remand is currently September 28, 2026.

5. Plaintiff's counsel in current in a trial before the Honorable Jennifer A. Dorsey, United States District Judge, District of Nevada that is expended to last through September 23, 2026. That trial required counsel's sustained attention and preparation over an extended period and has prevented counsel from completing the briefing on the pending motions within the current deadlines.

6. In light of the foregoing, the parties have met and conferred and agree that good cause exists to extend both deadlines to and including October 13, 2026. This request is made in good faith and not for purposes of delay, and no party will be prejudiced by the requested extension.

7. Pursuant to LR IA 6-1, this is the parties' first request to extend these briefing deadlines.

Dated: September 23, 2026

H&P LAW

/s/ Kristina Weller #7975 *for*
Marjorie L. Hauf, Esq.
Nevada Bar No. 8111
Matthew G. Pfau, Esq.
Nevada Bar No. 11439
*Attorneys for Plaintiff*

Dated: September 23, 2026

STRUCK LOVE ACEDO, PLC

/s/ Ashlee Hesman
Ashlee B. Hesman, No. 012740
*Attorney for Defendants*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: September 23, 2026



H&P LAW