Ashlee B. Hesman, No. 012740
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
ahesman@strucklove.com

James E. Harper
Nevada Bar No. 9822
HARPER | WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
eservice@harperwixom.com

*Attorneys for Defendants CoreCivic, Gutierrez, Jimenez and Melendrez, Jr.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Christopher Busby,<br><br>Plaintiff,<br><br>v.<br><br>CoreCivic, Inc., et al.<br><br>Defendants. | Case No. 2:26-cv-02672-EJY<br><br>**STIPULATION TO DISMISS PLAINTIFF'S 42 U.S.C. §1983 CLAIM AND REMAND CASE BACK TO NYE COUNTY STATE COURT** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LR 7-1, the parties stipulate to the dismissal of Plaintiff's § 1983 claim in Count 9. (Dkt. 1-3 at 37.) Upon dismissal of Count 9, no federal claims remain. Therefore, after dismissal of Count 9, the parties further stipulate to remand this action to the Fifth Judicial District Court of the State of Nevada, in and for the County of Nye. Based upon this stipulation, the parties request that the Court deny the pending motions (Dkt 9; Dkt. 10) as moot. Defendants, however, reserve the right to re-file their Motion to Dismiss in Nye County State Court.

**Conclusion**

For these reasons, the parties request that their Stipulation be granted.

DATED this 12th day of October 2026.

STRUCK LOVE ACEDO, PLC

By /s/ Ashlee B. Hesman
Ashlee B. Hesman
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
ahesman@strucklove.com

James E. Harper
HARPER | WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
eservice@harperwixom.com

*Attorneys for Defendants CoreCivic, Gutierrez, Jimenez and Melendrez, Jr.*

H&P LAW

By /s/ Marjorie Hauf (w/permission)
Marjorie Hauf
Matthew G. Pfau
710 S. 9th Street
Las Vegas, Nevada 89101
e-file@courtroomproven.com

*Attorneys for Plaintiff*

IT IS HEREBY ORDERED that the Stipulation at ECF No. 14 is GRANTED.

IT IS FURTHER ORDERED that this case is remanded to the Fifth Judicial District Court of the State of Nevada.

IT IS FURTHER ORDERED that the Clerk of Court is to DENY the Motions at ECF Nos. 9 and 10 and close this case.

UNITED STATES MAGISTRATE JUDGE

DATED: October 12, 2026